UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LEONARD WINFREY,<br><br>  Plaintiff,<br><br>v.<br><br>MELISSA MITCHELL, *et al.*,<br><br>  Defendants. | Case No. 3:24-CV-00101-MMD-CLB<br><br>**ORDER GRANTING MOTION FOR SERVICE OF PROCESS**<br><br>[ECF No. 28] |

On April 10, 2025, the Office of the Attorney General file their notice of acceptance of service on behalf of several defendants in this case. (ECF No. 22.) However, the Office of the Attorney General did not accept service on behalf of **Kathy Morales** but did file her last known address under seal. (ECF Nos. 23, 24.) Thus, Plaintiff has filed a motion for issuance of summons for the unserved Defendant. (ECF No. 28.)

Good cause appearing, **IT IS ORDERED** that Plaintiff's motion for issuance of summons, (ECF No. 28), is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk shall **ISSUE** a summons for Defendant **Kathy Morales** and send the same to the U.S. Marshal with the address provided under seal. (ECF No. 23.) The Clerk shall also **SEND** sufficient copies of the complaint, (ECF No. 14), the screening order, (ECF No. 13), and this order to the U.S. Marshal for service on the Defendant. The Court will separately provide to the U.S. Marshal a completed USM-285 form for the Defendant.

Although service was due by July 8, 2025, (*See* ECF No. 21), in light of Plaintiff's *pro se* status, the Court will grant a one-time extension to properly serve the above-named Defendant. If the above-named Defendant is not served by August 28, 2025, she will be dismissed for failure to complete service of process pursuant to Fed. R. Civ. P. 4(m).

**DATED**: July 14, 2025.

_____
UNITED STATES MAGISTRATE JUDGE