**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| LEONARD WINFREY, | Case No. 3:24-CV-00101-MMD-CLB |
| Plaintiff, | **ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO EXTEND TIME** |
| v. | |
| MELISSA MITCHELL, *et al.*, | [ECF No. 41] |
| Defendants. | |

Currently pending before the Court is Defendants' motion to extend the deadline to file their motion for summary judgment. (ECF No. 41.) Defense counsel requests a 60-day extension due to having "multiple dispositive motions due in February 2026, all of which have had the dispositive motion deadline extended at least once before." (ECF No. 41 at 2.) In essence, defense counsel asserts there is good cause for an extension here because he sought and received extensions in his other cases and now has insufficient time to work on this case. The Court disagrees. All current Deputy Attorneys General assigned to litigate inmate civil rights litigation have extensive caseloads and various deadlines in multiple cases at any given time. Absent other extenuating circumstances, the Court finds that a heavy case load alone is not a sufficient basis to support such a lengthy and extensive extension of time. The Court therefore finds that a 60-day extension is unreasonable and unjustified in this instance.

That said, the Court is sympathetic to the workload of the Deputy Attorneys General and does find that an extension of time is warranted. Accordingly, Defendants motion for an extension of time, (ECF No. 41), is **GRANTED IN PART AND DENIED IN PART**. Defendants shall have until **Friday, March 6, 2026**, to file their motion for summary judgment.

///

///

///

However, this is an extensive extension of time, and the Court will not grant any further extensions of time of the dispositive motion deadline absent extraordinary circumstances.

**IT IS SO ORDERED**.

**DATED**: January 21, 2026 .

_____
**UNITED STATES MAGISTRATE JUDGE**