**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

LEONARD WINFREY,

                          Plaintiff,

 v.

MELISSA MITCHELL, *et al.*,

                         Defendants.

Case No. 3:24-CV-00101-MMD-CLB

**REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE[1]**

Currently pending before the Court is Plaintiff Leonard Winfrey's ("Winfrey") motion to voluntarily dismiss his case without prejudice. (ECF No. 60.) Defendants filed a notice of non-opposition in response. (ECF No. 61.) Federal Rule of Civil Procedure 41(a) provides that once litigation has commenced "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Given that Defendants do not oppose Winfrey's motion, the Court finds Winfrey's request to voluntarily dismiss his case without prejudice is proper and therefore recommends his motion, (ECF No. 60), be granted.

The parties are advised:

1.     Pursuant to 28 U.S.C. § 636(b)(1)(c) and Rule IB 3-2 of the Local Rules of Practice, the parties may file specific written objections to this Report and Recommendation within fourteen days of receipt. These objections should be entitled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the District Court.

///

///

---

[1]    This Report and Recommendation is made to the Honorable Miranda M. Du, United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and LR IB 1-4.

2.    This Report and Recommendation is not an appealable order and any notice of appeal pursuant to Fed. R. App. P. 4(a)(1) should not be filed until entry of the District Court's judgment.

I.    **RECOMMENDATION**

**IT IS RECOMMENDED** that Winfrey's motion to voluntarily dismiss his case without prejudice, (ECF No. 60), be **GRANTED**.

**IT IS FURTHER RECOMMENDED** that the Clerk **ENTER JUDGMENT** accordingly and **CLOSE** this case.

**DATED**: March 4, 2026 .

_____
**UNITED STATES MAGISTRATE JUDGE**