UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

LEONARD WINFREY,

Plaintiff,

v.

MELISSA MITCHELL, *et al.*,

Defendants.

Case No.: 3:24-cv-00101-MMD-CLB

ORDER

*Pro se* Plaintiff Leonard Winfrey initiated this action by filing a civil rights complaint (ECF No. 1-1 ("Complaint")) under 42 U.S.C. § 1983, contending that his constitutional rights were violated while he was incarcerated at Northern Nevada Correctional Center. (*See* ECF No. 1-1.) On March 3, 2026, Winfrey filed a motion to voluntarily dismiss his case without prejudice.[1] (ECF No. 60 ("Motion").) Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Carla L. Baldwin (ECF No. 65), recommending the Court grant the Motion. (ECF No. 65 at 1.) To date, no objections to the R&R have been filed. Because there is no objection, and, as further explained below, the Court will adopt the R&R in full.

Because there is no objection, the Court need not conduct de novo review and is satisfied that Judge Baldwin did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations." (emphasis in original)). Because Defendants do not oppose the Motion (ECF No. 61), Judge Baldwin recommends granting Winfrey's request to voluntarily dismiss his case without prejudice. (ECF No. 65.) Having reviewed the R&R,

---

[1]Defendants filed a notice of non-opposition in response. (ECF No. 61.)

Judge Baldwin did not clearly err.

It is therefore ordered that Judge Baldwin's Report and Recommendation (ECF No. 65) is accepted and adopted in full.

It is further ordered that Winfrey's motion to voluntarily dismiss his case without prejudice (ECF No. 60) is granted.

It is further ordered that the Clerk of Court enter judgment accordingly and close this case.

DATED THIS 20th Day of March 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE